No. 10–1481. JOHNSON v. MANITOWOC COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–1482. OWNER-OPERATOR INDEPENDENT DRIVERS ASSN., INC., ET AL. v. SWIFT TRANSPORTATION CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1483. PETROLEO BRASILEIRO S. A.-PETROBRAS v. TRANSCOR ASTRA GROUP, S. A. C. A. 5th Cir. Certiorari denied.

No. 10–1484. PRUITT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–1485. SMITH v. ARGUELLO ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1486. ISSA v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 10–1487. DONLEY v. REID. Ct. App. La., 1st Cir. Certiorari denied.

No. 10–1490. HOLBROOK v. CASTLE KEY INSURANCE CO., FKA ALLSTATE FLORIDIAN INSURANCE CO., ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1492. MARTINEZ v. CELADON TRUCKING SERVICES, INC. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 10–1493. BROWN v. CITY OF UPPER ARLINGTON, OHIO. C. A. 6th Cir. Certiorari denied.

No. 10–1494. CESAR v. CITY OF SHEBOYGAN, WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 10–1495. SAMMARCO v. LUDEMAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–1496. KARLS v. BANK OF NEW YORK ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.